UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSHCO TECH, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MAX VA BENEFITS CONSULTING SERVICES, INC., a California corporation; JOSE BRICENO, an individual,<br><br>Defendants. | Case No. 2:20-cv-00450-APG-EJY<br><br>**ORDER** |

Before the Court is the Unopposed Motion to Extend the Time for Defendants to Answer or Otherwise Respond to the Complaint (ECF No. 9). In the Motion, Plaintiff states that Defendants seek an extension to April 10, 2020, to respond to Plaintiff's Complaint, to which Plaintiff does not object.

Accordingly, IT IS HEREBY ORDERED that the Unopposed Motion to Extend the Time for Defendants to Answer or Otherwise Respond to the Complaint (ECF No. 9) is GRANTED.

DATED: March 30, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE